UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HELADOS LA TAPATIA, INC.,<br><br>Defendant. | Case No. 1:20-cv-00722-DAD-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN EXTENSION TO FILE DEFENDANT'S RESPONSIVE PLEADING<br><br>ECF No. 5 |

The parties' stipulated request for an extension, ECF No. 5, is granted. Defendant shall have until August 24, 2020, to file a responsive pleading.

IT IS SO ORDERED.

Dated: __July 23, 2020__                               _____
                                                                              UNITED STATES MAGISTRATE JUDGE

No. 205.