UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HELADOS LA TAPATIA, INC.,<br><br>Defendant. | Case No. 1:20-cv-00722-DAD-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN EXTENSION TO FILE DEFENDANT'S RESPONSIVE PLEADING<br><br>ECF No. 7 |

The parties' second stipulated request for an extension, ECF No. 7, is granted. Defendant's deadline to file a responsive pleading is extended to September 23, 2020.

IT IS SO ORDERED.

Dated: August 24, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.

1