# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMNET OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HELADOS LA TAPATIA, INC.,<br><br>Defendant. | Case No. 1:20-cv-00722-DAD-HBK<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>DEADLINE: DECEMBER 18, 2020 |

The Court conducted a settlement conference in this action on November 18, 2020, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action VACATED;

2. The parties shall file dispositive documents or a motion to approve the consent decree, if needed, on or before December 18, 2020; and

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal.

IT IS SO ORDERED.

Dated: **November 19, 2020**

UNITED STATES MAGISTRATE JUDGE