UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HELADOS LA TAPATIVE, INC., AND DOES 1-5 INCLUSIVE<br><br>Defendants. | No. 1:20-cv-000722-HBK<br><br>ORDER GRANTING UNOPPOSED MOTIONS FOR EXTENSION OF TIME TO FILE SETTLEMENT-RELATED DOCUMENTS<br><br>Doc. Nos. 21, 22, and 23 |

Before the Court are the parties' Notice of Settlement filed on December 18, 2020 (Doc. No. 21), First Joint Status Report filed on January 15, 2021 (Doc. No. 22), and Second Joint Status Report filed February 1, 2021 (Doc. No. 23). The Court construes each of these pleadings to include an unopposed motion for enlargements of time: the parties respectively sought 30-day enlargements of time in the Notice of Settlement and in the First Joint Report; and, a 14-day enlargement of time in the Second Joint Report. *See generally* Doc. Nos. 21, 22, 23.

As background, this case was settled before United States Magistrate Judge Stanley Boone during a settlement conference held on November 18, 2020. Doc. Nos. 17, 18. In the Joint Notice of Settlement, the parties sought a thirty-day enlargement of time to file a Consent Decree and Order, which was due on or before January 18, 2021. Doc. No. 21 at 1-2. Absent the filing of the

1

Consent Degree and Order, the parties agreed to file a Status Report by that extended deadline. *Id.* at 2. The parties timely filed a Status Report. *See* Doc. No. 22. In the Second Status Report, the parties seek a fourteen-day enlargement of time, or until February 15, 2021, to collect all necessary signatures on the settlement-related documents. Doc. No. 23 at 2. Counsel states more time is necessary due to "health issues" of "key personnel." *See id.* at 2.

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, if made after the time has expired, the party demonstrates excusable neglect. Here, the enlargement of time is for settlement-related documents and good cause is shown.

Accordingly, it is **ORDERED**:

1. The parties' Notice of Settlement (Doc. No. 21) construed to include a motion for enlargement of time is **GRANTED** *nunc pro tunc*.

2. The parties' Status Report (Doc. No. 22) construed to include a 30-day enlargement of time is **GRANTED** *nunc pro tunc*

3. The parties' Second Status Report (Doc. No. 23) construed to include a 14-day enlargement of time is **GRANTED**.

4. The parties shall file their settlement-related documents no later than February 15, 2021, absent any further enlargements of time.

IT IS SO ORDERED.

Dated:   February 3, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28